UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 46396
    LAURA S. REYES
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-6555
```

---
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 12/17/04 and confirmed on 03/31/05.

   2. The plan is paid in full.

   3. The Debtor paid a total of $  36171.00 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIFTH THIRD BANK | CURRENT MORTG | .00 | .00 | .00 |
| FIFTH THIRD BANK | MORTGAGE ARRE | 8681.76 | .00 | 8681.76 |
| EVERLAST EXTERIORS | SECURED | 11101.53 | .00 | 11101.53 |
| GENERAL MILLS CREDIT UNI | SECURED VEHIC | 5800.00 | 485.26 | 5800.00 |
| BENCHMARK BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 523.43 | 16.99 | 523.43 |
| CAPITAL ONE FINANCIAL | UNSECURED | 2768.40 | 90.04 | 2768.40 |
| FIFTH THIRD BANK | UNSECURED | 2250.86 | 73.24 | 2250.86 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 419.33 | 13.66 | 419.33 |
| GENERAL MILLS CREDIT UNI | UNSECURED | 853.84 | 36.25 | 853.84 |

           Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 25583.29 | .00 | 6815.86 | .00 | 32399.15 |
| PRINCIPAL PAID | 25583.29 | .00 | 6815.86 | .00 | 32399.15 |
| INTEREST PAID | 485.26 | .00 | 230.18 | .00 | 715.44 |
| TOTAL PAID | 26068.55 | .00 | 7046.04 | .00 | 33114.59 |

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2200.00
and was paid $    650.00  direct and $   1550.00  through the plan.

The Trustee received $   1434.62 .

Refunds to the Debtor totaled $      71.79 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 10/11/07 /s/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 04 B 46396 LAURA S. REYES